# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL BOLIN, | JUDGMENT IN A CIVIL CASE |
| v. | |
| CLARK COUNTY, State of Washington. | CASE NUMBER: C10-5218RJB |

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT plaintiff's federal claims are DISMISSED WITHOUT PREJUDICE. Plaintiff's state claims are REMANDED to the Superior Court of the State of Washington for Clark County.

|  |  |
|---|---|
| May 4, 2010 | BRUCE RIFKIN |
|  | Clerk |
|  |  |
|  | /s/ Dara L. Kaleel |
|  | By Dara L. Kaleel, Deputy Clerk |