AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

                                   JUDGMENT IN A CIVIL CASE
                                          (AMENDED)

PAUL BOLIN,
     v.
CLARK COUNTY WASHINGTON,        CASE NUMBER: C10-5218 RJB


[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.


THE COURT HAS ORDERED THAT plaintiff's federal claims are DISMISSED WITHOUT PREJUDICE.  Plaintiff's state claims are REMANDED to the Superior Court of the State of Washington for Cowlitz County.


DATED :    May 21, 2010

                                                    BRUCE  RIFKIN
                                       *Clerk*

                                              /s/   Jean Boring
                                       *(By) Deputy Clerk*, Jean Boring